LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, California 94612
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
RUSSELL MAGDYTCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7-17-06

| UNITED STATES OF AMERICA, | NO. CR 06-0420 MEJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RELEASE PASSPORT |
| v. | |
| RUSSELL MAGDYTCH, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that a photocopy of the defendant's expired U.S.S.R. passport, voluntarily surrendered to the court by defense counsel on June 15, 2006, ~~a photocopy thereof~~ be released to defense counsel forthwith.

SO STIPULATED.

7/13/06
Date

PAUL DELANO WOLF
Attorney for Defendant
RUSSELL MAGDYTCH

SO STIPULATED.

7/14/06
Date

DEREK OWENS
Assistant United States Attorney

SO ORDERED.

7-17-06
Date

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND ORDER TO RELEASE PASSPORT                                                      - 1 -