```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, Bar No. 78624
 2  LYNN KESLAR, Bar No. 191521
    1212 Broadway, Tenth Floor
 3  Oakland, California 94612
    (510) 451-4600 Telephone
 4  (510) 451-3002 Fax

 5  Attorneys for Defendant
    RUSSELL MAGDYTCH
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,           No. CR 06-0420 MEJ
11
              Plaintiff,                STIPULATION AND [PROPOSED]
12                                      ORDER CONTINUING SENTENCING
    v.                                  DATE
13
    RUSSELL MAGDYTCH,
14
              Defendant.          /
15
          IT IS HEREBY STIPULATED by and between the parties,
16
    through their respective counsel, that the date of Thursday,
17
    September 14, 2006 at 9:30 a.m. currently set for the sentencing
18
    in the above captioned case, be continued to Thursday, November
19
    16, 2006 at 9:30 a.m. 10:00 a.m..
20
              SO STIPULATED.
21
    7/12/06
22  Date                             PAUL DELANO WOLF
                                     Attorney for Defendant
23                                   RUSSELL MAGDYTCH

24            SO STIPULATED.

25  7/13/06
26  Date                             DERRICK OWENS
                                     Assistant United States Attorney
27

28

    STIPULATION AND ORDER CONTINUING SENTENCING              - 1 -
```

1  I support this request for continuance of the
2  sentencing and agree to the proposed date.
3
4  JULY 17, 2006
   Date
5                                     DAVID ACKERMANN
                                      United States Probation Officer
6
7         SO ORDERED.
8  7-25-06
   Date
9                                     HONORABLE MARIA-ELENA JAMES
                                      United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER CONTINUING SENTENCING                    -2-