LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, California 94612
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
RUSSELL MAGDYTCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0420 MEJ |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER PERMITTING SENTENCING IN DEFENDANT'S ABSENCE** |
| RUSSELL MAGDYTCH, | |
| Defendant. | |

GOOD CAUSE having been shown, and the Court having received the defendant's Waiver, IT IS HEREBY ORDERED that the sentencing of Russell Magdytch proceed in his absence.

_October 2, 2006_____          _____
Date                           Maria-Elena James
                               United States Magistrate Judge