```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, California 94612
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
RUSSELL MAGDYTCH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0420 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER PERMITTING FAST TRACK PRE SENTENCE REPORT |
| RUSSELL MAGDYTCH, | |
| Defendant. | |

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the United States Probation Department prepare a Fast Track/ Modified pre-sentence report for the sentencing of Russell Magdytch.

October 2, 2006  
Date

Maria-Elena James  
United States Magistrate Judge