```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, California 94612
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
RUSSELL MAGDYTCH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0420 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RELEASING PASSPORT |
| RUSSELL MAGDYTCH, | |
| Defendant.   / | |

TO THE CLERK OF THE NORTHERN DISTRICT COURT OF THE UNITED STATES:

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the passport of Russell Magdytch be released to U.S. Immigration and Customs Enforcement, its agent or representative, forthwith.

SO ORDERED.

October 2, 2006                                  _____
Date                                              Maria-Elena James
                                                  United States Magistrate Judge