LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
1212 Broadway, Tenth Floor
Oakland, California 94612
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
RUSSELL MAGDYTCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-0420 MEJ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING JUDGMENT |
| v. | |
| RUSSELL MAGDYTCH, | |
| Defendant. | |

TO THE CLERK OF THE NORTHERN DISTRICT COURT OF THE UNITED STATES:

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that page three of the Judgment, entitled "Special Conditions of Probation," section five, shall be modified as follows:

"The defendant shall pay to the United States a fine of $1,000 and a special assessment of $25. The special assessment of $25 shall be due immediately. The fine of $1,000 shall be due during the term of unsupervised release, but not later than November 17, 2007. As long as the defendant pays the $1,000 fine at any point on or before November 17, 2007, this condition of probation will be satisfied."

IT IS FURTHER ORDERED that page five of the Judgment, entitled "Schedule of Payments," shall be modified to reflect

1 | that the fine of $1,000 shall be due during the term of
2 | unsupervised release, but not later than November 17, 2007.
3 |
4 |        SO ORDERED.
5 |
6 | December 8, 2006                    _____
7 | Date                                Maria-Elena James
                                        United States Magistrate Judge